UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

Lateya Blackman
Defendant.

Case No. 1:01cr77(4)
(Hogan, M.J.)

FILED
JAMES BONINI
CLERK
2004 NOV 24 AM 11:30
U.S. DIST COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: ~~Barbara Crum~~ Arthur Hill
Court Reporter: Mary Ann Ranz
Date/Time: 11-24-04 (4:30)

United States Attorney: Timothy Oakley   Defendant Attorney: Theodore Froncek

*Initial Appearance Hearing on* [] Complaint; [] Indictment; [] Information; or [] petition for supervised release
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[X] OR   [ ] Secured with _____   [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [X] (Pretrial Probation Supervision) [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____   Defendant Witnesses: _____
AUSA Exhibits: _____   Defendant Exhibits: _____

*Arraignment on* [] Indictment or [] Information:
Defendant waives reading of: [ ] Indict   [ ] Info  [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge Spiegel

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: