AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

Case Number:  1:01-cr-00077(4)

V.

LATOYA R. BLACKMAN                  Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a SUPERVISED RELEASE REVOCATION HEARING in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME |
| | DECEMBER 28, 2004 at 10:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Tim Oakley, Esq.    Theodore Froncek, Jr., Esq.    USMS    Probation    Pretrial Services