AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

          V.

LATOYA R. BLACKMAN

Case Number:   1:01-cr-00077(4)

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the SUPERVISED RELEASE REVOCATION HEARING in this case has been RESET from 12/28/04 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME |
| | JANUARY 18, 2005 at 10:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Tim Oakley, Esq., AUSA    Theodore Froncek, Esq.    USMS    Probation    Pretrial Services