IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                      Case Number: 1:01-cr-00077(4)

LATOYA R. BLACKMAN

    MINUTES: REVOCATION OF SUPERVISED RELEASE (FINAL HEARING)

Defendant present with counsel

Defendant admits to violations of conditions of Supervised Release. Supervised Release is REVOKED by the Court

Jail term of 6 Months

Conditions/Recommendations:

Designation to facility which will afford her maximum access to substance abuse treatment, mental health treatment, and employment training and counseling

1 Years Supervised Release

Conditions:

Defendant shall participate in substance abuse and mental health treatment

Defendant shall report to the designated institution no later than 2/15/05 at 12:00 Noon


Judge:                S. Arthur Spiegel

Courtroom Deputy:    Kevin Moser

Court Reporter:       Betty Schwab, Official

Date:                January 18, 2005